# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:07CV87

| | |
|---|---|
| **ALLORA, LLC,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**BROWNSTONE, INC.; JAMES** )<br>**WALKER; and STEVE ROSONINA,** )<br>)<br>**Defendants.** )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission *pro hac vice* of Troy A. Tessier, Frank S. Holleman, and Wallace K. Lightsey, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions are **ALLOWED**, and Troy A. Tessier, Frank S. Holleman, and Wallace K. Lightsey, are hereby granted special admission to the bar of this Court payment of the admission fee by each attorney having been received by the Clerk of this Court.

2

Signed: March 6, 2007

Lacy H. Thornburg
United States District Judge