**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:07CV87**

| | |
|---|---|
| **ALLORA, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **Vs.** | ) |
| | ) |
| **BROWNSTONE, INC.; JAMES** | ) |
| **WALKER; and STEVE ROSONINA,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## PRELIMINARY INJUNCTION

For the reasons stated in the Memorandum and Order filed

contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for

preliminary injunctive relief is hereby **GRANTED IN PART AND DENIED IN**

**PART;** the Defendants, their agents, employees and persons or entities

acting in concert with the Defendants, are hereby **ENJOINED AND**

**PROHIBITED** from directly or indirectly reproducing, altering, publishing,

advertising, selling, distributing, or otherwise using Allora's copyrighted

architectural designs in ways not associated with the completion of construction of Defendants' three current home projects.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall remain in full force and effect until further Order of this Court.

**ENTERED THIS THE 27th DAY OF APRIL, 2007, AT 3:00 PM.**

Signed: April 27, 2007

Lacy H. Thornburg
United States District Judge